UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI FLORIDA

FILED by ___ D.C.
NOV 0 8 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES OF AMERICA,
Plaintiff,

versus

Case Number: 09-20138-CR-HUCK

ALEXIS CARRAZANA
Defendant, pro se

82273-004                              /

## MOTION FOR REDUCTION OF SENTENCE UNDER 18 U.S.C.A. § 3582 (c) (2) THE NOVEMBER 1ST 2010 AMENDMENTS TO THE U.S.S.G.

Comes now, Defendant pro se and files this motion to this Honorable Court for a reduction of his sentence and in support thereof states as follows:

On November 1st, 2010 a new set of rules for the amendments will enter into effect and under 18 U.S.C.A. §3582(c)(2), I beg this Honorable Court to apply these amendments as a greater range of sentencing options to the Court with respect to offenders of certain crimes is now applicable. I respectfully request to this Honorable Court that it should consider now relevant under §3553 Age, Mental and Emotional Conditions, Physical Conditions and even past military service under Part H of Chapter 5. Furthermore, I want to be considered for the specific departure based on cultural assimilation (§2L1.2) and or any combination of departures and variances. Departures require notice, variance applications, don't, see U.S. v. Vanderwerfhost, 576 F.3d 929, and also the Guidelines are not presumptively reasonable to the district court under U.S. v. Smith, 566 F.3d 410 (4th Cir. 2009). Moreover, a mere reference to 3553 factors is not enough to avoid an inference of a presumption. See. U.S. v. Boyce, 564 F.3d 911 (8th Cir. 2009).

The new Amendments become effective on November 1, 2010 and could further reduce and or adjust my sentence, thus Defendant respectfully request that this Honorable Court appoint him counsel if it deems just and or to apply these Amendments for a possible sentence reduction inlight of the above mentioned arguments.

Respectfully submitted,

Date: _____              Signature: _____

## Certificate of Service

I hereby certify that I have mailed a true copy of this motion to the clerk of the court,                          November ____, 2010 via USPS.

Signature: _____