UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF LORIDA
MIAMI DIVISION
CASE NO.: 09-CR-20138-PCH

**UNITED STATES OF AMERICA,**
   **Plaintiff,**

v.

**ALEXIS CARRAZANA,**
   **Defendant.**
_____/

## ORDER DENYING DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE UNDER 18 U.S.C.A. § 3582(C)(2) THE NOVEMBER 1st 2010 AMENDMENTS TO THE U.S.S.G.

THIS MATTER came before the Court by virtue of the Defendant's Motion for Reduction of Sentence Under 18 U.S.C.A. § 3582(c)(2) the November 1st 2010 Amendments to the U.S.S.G. filed on November 8, 2010. After careful review of the Defendant's Motion and the U.S. Government's Opposition (D.E. #215); it is hereby,

ORDERED AND ADJUDGED that the Defendant's Motion for Reduction of Sentence Under 18 U.S.C.A. § 3582(c)(2) the November 1st 2010 Amendments to the U.S.S.G. is denied. The Defendant has not identified any retroactive change in the Sentencing Guidelines that would have the effect of reducing his sentencing range.

DONE AND ORDERED in chambers in Miami, Florida this ___ day of December, 2010.

                                                    _____
                                                    PAUL C. HUCK
                                                    U.S. DISTRICT COURT JUDGE

cc: All counsel of record
    U.S. Probation